IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>GROEB FARMS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 13-58200-wsd<br><br>Honorable Walter Shapero |
| SLTNTRST LLC, TRUSTEE OF THE GROEB GENERAL UNSECURED CLAIMS LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LAMEX FOODS INC.,<br><br>Defendant. | Adv. Proc. No. 15-04901-wsd |

**STIPULATION EXTENDING DEFENDANT'S TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**

Plaintiff SltnTrst LLC, trustee of the Groeb General Unsecured Claims Litigation Trust ("Plaintiff") and Defendant Lamex Foods Inc. ("Defendant") hereby stipulate and agree that Defendant shall have until October 30, 2015, to file an answer to Plaintiff's *Complaint for (A) Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550 and (B) Disallowance of Claims Under 11 U.S.C. § 502(d)*.

The parties request that the Court enter the order attached hereto as Exhibit A.

**STIPULATED AND AGREED TO:**

By: /s/ Jong-Ju Chang  
    Jong-Ju Chang (P70584)  
    Sheryl L. Toby (P39114)  
    Dykema Gossett PLLC  
    39577 Woodward Avenue, Suite 300  
    Bloomfield Hills, MI 48304  
    Telephone: (248) 203-0522  
    Facsimile: (855) 232-1790  
    Email: stoby@dykema.com  
          jchang@dykema.com  

    and  

PACHULSKI STANG ZIEHL & JONES LLP  
Bradford J. Sandler (DE Bar No. 4142)  
(admission pending)  
919 North Market Street, 17th Floor  
P.O. Box 8705  
Wilmington, DE 19899-8705 (Courier 19801)  
Telephone: (302) 652-4100  
Facsimile: (302) 652-4400  
E-mail: bsandler@pszjlaw.com  

*Co-Counsel to Plaintiff, SltnTrst LLC, Trustee of the Groeb General Unsecured Claim Litigation Trust*

By: /s/ Adam C. Ballinger  
    Adam C. Ballinger (admitted in ED Mich)  
    James A. Lodoen  
    Lindquist & Vennum LLP  
    4200 ISD Center  
    80 S. 8th Street  
    Minneapolis, MN 55402  
    Telephone: (612) 371-3234  
    Facsimile: (612) 371-3207  
    Email: jlodoen@lindquist.com  

*Counsel for Defendant Lamex Foods Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>GROEB FARMS, INC.,<br><br>          Debtor. | Chapter 11<br><br>Case No. 13-58200-wsd<br><br>Honorable Walter Shapero |
| SLTNTRST LLC, TRUSTEE OF THE GROEB GENERAL UNSECURED CLAIMS LITIGATION TRUST,<br><br>          Plaintiff,<br><br>   v.<br><br>LAMEX FOODS INC.,<br><br>          Defendant. | Adv. Proc. No. 15-04901-wsd |

## ORDER APPROVING STIPULATION EXTENDING DEFENDANT'S TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

Upon Stipulation Extending Defendant's Time To File Answer To Plaintiff's Complaint; and the Court being otherwise fully informed in the premises:

**IT IS HEREBY ORDERED** that Defendant Lamex Foods Inc. shall have until **October 30, 2015,** to file an answer to Plaintiff's *Complaint for (A) Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550 and (B) Disallowance of Claims Under 11 U.S.C. § 502(d)*.